IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| James Stephen Strickland, | ) | C/A No.  4:11-2257-JFA-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Kirkland Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On November 9, 2011, the undersigned dismissed petitioner's second § 2254 petition

because he had not received permission from the Fourth Circuit Court of Appeals to file a

successive § 2254 petition.

Plaintiff now returns to this court with a motion to appoint an attorney and for a new

trial.  As the original petition has been dismissed because this court has no jurisdiction to

entertain a successive § 2254 petition, the petitioner's motion for counsel and a new trial

(ECF No. 28) must be denied.

        IT IS SO ORDERED.

                                            Joseph F. Anderson, Jr.

February 27, 2012                           Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge