IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| James Stephen Strickland, | ) C/A No. 4:11-2257-JFA-TER |
|---|---|
| Petitioner, | ) |
| vs. | ) ORDER |
| Kirkland Correctional Institution, | ) |
| Respondent. | ) |

On November 9, 2011, the undersigned dismissed petitioner's second § 2254 petition because he had not received permission from the Fourth Circuit Court of Appeals to file a successive § 2254 petition.

Plaintiff now returns to this court with a motion to appoint an attorney and for a new trial. As the original petition has been dismissed because this court has no jurisdiction to entertain a successive § 2254 petition, the petitioner's motion for counsel and a new trial (ECF No. 28) must be denied.

IT IS SO ORDERED.

February 27, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge